IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10365
Conference Calendar
_____

NORMAN CHARLES OLIVER,

                                        Plaintiff-Appellee,

versus

WAYNE SCOTT; ET AL,

                                        Defendants,

WAYNE SCOTT; GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                        Defendants-Appellants,

and

TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                        Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CV-2246-H
--------------------
October 18, 2000
Before SMITH, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        The Texas Department of Criminal Justice (TDCJ) has appealed

an interlocutory order issued by the district court prohibiting

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

TDCJ officials from monitoring the telephone conversations of Norman Charles Oliver, Texas prisoner # 576427, with his attorneys concerning settlements negotiations with Corrections Corporation of America (CCA), Management & Training Corporation (MTC), and Warden Wilson until the final disposition of the instant case.  The district court dismissed Oliver's claims against Wayne Scott and Gary Johnson.  Oliver has settled his claims against MTC and Warden Wilson, and the district court has entered a final judgment dismissing Oliver's remaining claims against CCA.  Because a final judgment has been entered in the instant case and the interlocutory order which is the subject of this appeal is no longer in effect, the instant appeal does not present a live controversy and is DISMISSED as moot.  See Rocky v. King, 900 F.2d 864, 867 (5th Cir. 1990).

APPEAL DISMISSED AS MOOT.